EMIL K. ELLIS, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued January 14, 1946; decided March 7, 1946.

*Ignatius M. Wilkinson, Corporation Counsel* (*Seymour B. Quel, Harry Hollander* and *Harry Tannenbaum* of counsel), for appellant.

*Emil K. Ellis, Jonas Ellis, Myron A. Ellis* and *Julius Hall-heimer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and MEDALIE, JJ. Taking no part: THACHER, J.